HARRY A. LOVE, Respondent, v. THE CHARLES H. BROWN PAINT COMPANY, Appellant.— Order modified by inserting the words " if any " following the word " information," and the words " prior to the 23rd day of June,

* 30 U. S. Stat. at Large, 565, 566, § 70, subd. a, cl. 6.— [REP.

1920," following the word " given " in paragraph 1 of the order for examination; further modified so as to exclude any examination under paragraph 5 of the order for examination; and as so modified, order affirmed, without costs.  No opinion.  Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.  Settle order on notice before the presiding justice.